A0 442 (Rev. 5/93) Warrant for Arrest

# UNITED STATES DISTRICT COURT

## District of Minnesota

UNITED STATES OF AMERICA

**WARRANT FOR ARREST**

V.

CASE NUMBER: **CV00-1008PAM/RLE**

WILLIAM P. BACH

0441-1124-0187-F

RECEIVED
NOV 21 3 58 PM '03
US MARSHALS SERVICE
MPLS., MN

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest: Willaim P. Bach
[redacted]

and bring him or her forthwith to the nearest Magistrate Judge charging him or her with:
failure to appear for debtor's examination

Ordered by: Magistrate J. Earl Cudd, United States District Court Minneapolis.

Denise La Fond

November 21, 2003 at Minneapolis, MN

(By) Denise La Fond, Deputy Clerk

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at ___________

Date Received: ________________________ Date of Arrest: ______________________

______________________________________ ______________________________________

Name and Title of Arresting Officer Signature of Arresting Officer

DATE 11-30-04
RETURNED UNEXECUTED Per Dismissal
U.S. MARSHAL
DISTRICT OF MINNESOTA
BY [signature]

SCANNED
DEC 15 2004
U.S. DISTRICT COURT MPLS

DC Modified 12/17/02